DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEAGHAN K. MARRO, MOLLY E. KESSLER, JOSEPH R. KESSLER, KATHRYN J. THOMAS,** and **HILLARY A. KESSLER,**
Appellants,

v.

**HONKAMP KRUEGER FINANCIAL SERVICES, INC**., a Foreign Profit
Corporation,
Appellee.

No. 4D22-3179

[July 27, 2023]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. CACE-21-001046 (03).

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellants.

Andrew Thomson of Baritz & Colman LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***